AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### EASTERN    DISTRICT OF    TEXAS

UNITED STATES OF AMERICA
V.
SARAH JO FISH

## EXHIBIT LIST

Case Number:  4:21CR300 SDJ/KPJ

| PRESIDING JUDGE Kimberly C. Priest-Johnson | | | | GOVERNMENT ATTORNEY Glenn Jackson | | DEFENDANT'S ATTORNEY Doyle "Trey" Bunch, CJA |
|---|---|---|---|---|---|---|
| HEARING DATE (S) 9/19/2022 – Detention Hearing | | | | COURT REPORTER FTR | | COURTROOM DEPUTY J. Amerson |
| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 9/19/2022 | X | X | Facebook messages | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages

Sarah FISH – Facebook Messages Obtained Via Search Warrant – Detention Hearing 9/19/2022

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:00:26 UTC
**Body** You sent a video.
**Attachments** video-1645686026.mp4 (345684884135413)
        **Type** video/mp4
        **Size** 5233342
        **URL** https://interncache-prn.fbcdn.net/v/t42.3356-2/2
            74678857_4916755571754929_1124471680365
            752514_n.mp4/video-1645686026.mp4?ccb=1-
            5&_nc_sid=060d78&efg=eyJ1cmxnZW4iOiJwaH
            BfdXJsZ2VuX2NsaWVudC9lbnRpdHkvbWVzc2Fn
            ZV92aWRlbyJ9&vabr=377177&_nc_ht=interncac
            he-prn&oh=03_AVKTl1zwOMC-qP7aKB0rJP25XCk
            ufpi-1kH8wuYWZuXW9A&oe=62632CB8&dl=1

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:00:40 UTC
**Body** I found a way around the feds secret...

**Author** Carla Campbell (Facebook: 100000634502359)
**Sent** 2022-02-24 07:03:37 UTC
**Body** Omg girl, get a computer job

**Author** Carla Campbell (Facebook: 100000634502359)
**Sent** 2022-02-24 07:04:17 UTC
**Body** I'd be laughing if it wasn't so serious

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:04:41 UTC
**Body** Lmao I know

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 07:05:08 UTC
**Body** Kinda waiting for them to come busting thru the door now..



EXHIBIT

1

4:21CR300/34)

USA v. Fish

Sarah FISH – Facebook Messages Obtained Via Search Warrant – Detention Hearing 9/19/2022

ı

**Author** Sarah Fish (Facebook: 100002904891394)

    **Sent** 2022-02-24 03:32:34 UTC

    **Body** On or about December 23, 2020, within the Western District of
Tennessee, Tyler

Allen Stotsky, defendant, did knowingly possess firearms, namely a
Fabrique National

model 509 pistol, Serial Number GKS0005965, Springfield Armory
model Hellcat pistol,

Serial Number AT263307, Ruger model M77 rifle, Serial Number
712-50674, Sig Sauer

model 716 G2 rifle, Serial Number 22P072270, Ruger model Ruger
Precision Rifle,

Serial Number 1801-11862, all in furtherance of a drug trafficking
crime for which he

may be prosecuted in a Court of the United States, to wit:
conspiracy to possess with the

intent to manufacture, distribute and dispense a controlled
substance.

All in violation of 18 U.S.C. § 924(c).

Sarah FISH – Facebook Messages Obtained Via Search Warrant – Detention Hearing 9/19/2022

    **Author** Sarah Fish (Facebook: 100002904891394)
       **Sent** 2022-02-24 03:42:09 UTC
**Removed by** 2022-03-02 22:46:26 UTC
   **Sender**
       **Body** You unsent a message

    **Author** D.B. Deezy (Facebook: 100078443044789)
       **Sent** 2022-02-24 03:42:11 UTC
       **Body** Gotta spread the word

    **Author** Sarah Fish (Facebook: 100002904891394)
       **Sent** 2022-02-24 03:42:22 UTC
**Removed by** 2022-03-02 22:46:22 UTC
   **Sender**
       **Body** You unsent a message

    **Author** D.B. Deezy (Facebook: 100078443044789)
       **Sent** 2022-02-24 03:51:02 UTC
       **Body** Dufe

    **Author** D.B. Deezy (Facebook: 100078443044789)
       **Sent** 2022-02-24 03:51:09 UTC
       **Body** How did you do that

    **Author** Sarah Fish (Facebook: 100002904891394)
       **Sent** 2022-02-24 03:51:30 UTC
       **Body** Do what

    **Author** D.B. Deezy (Facebook: 100078443044789)
       **Sent** 2022-02-24 03:54:22 UTC
       **Body** Who all is on blakes

    **Author** D.B. Deezy (Facebook: 100078443044789)
       **Sent** 2022-02-24 03:54:23 UTC
       **Body** Wtf

    **Author** D.B. Deezy (Facebook: 100078443044789)
       **Sent** 2022-02-24 03:54:33 UTC
       **Body** How'd u find tht

    **Author** Sarah Fish (Facebook: 100002904891394)
       **Sent** 2022-02-24 03:54:59 UTC
**Removed by** 2022-03-02 22:46:17 UTC
   **Sender**
       **Body** You unsent a message

    **Author** Son Tran (Facebook: 100001107083650)
      **Sent** 2022-02-24 07:00:28 UTC
      **Body** So it's sealed?

    **Author** Sarah Fish (Facebook: 100002904891394)
      **Sent** 2022-02-24 07:00:50 UTC
**lemoved by** 2022-03-02 23:02:26 UTC
  **Sender**
      **Body** You unsent a message

    **Author** Son Tran (Facebook: 100001107083650)
      **Sent** 2022-02-24 07:01:10 UTC
      **Body** Fuck how you mark out

    **Author** Son Tran (Facebook: 100001107083650)
      **Sent** 2022-02-24 07:01:16 UTC
      **Body** The black part

    **Author** Son Tran (Facebook: 100001107083650)
      **Sent** 2022-02-24 07:01:21 UTC
      **Body** Impressive

    **Author** Sarah Fish (Facebook: 100002904891394)
      **Sent** 2022-02-24 07:02:35 UTC
**lemoved by** 2022-03-02 23:02:20 UTC
  **Sender**
      **Body** You unsent a message

    **Author** Son Tran (Facebook: 100001107083650)
      **Sent** 2022-02-24 07:03:00 UTC
      **Body** Haha all good thanks I'm just making mines wasn't on there

Sarah FISH – Facebook Messages Obtained Via Search Warrant – Detention Hearing 9/19/2022

**Author** Sarah Fish (Facebook: 100002904891394)
**Sent** 2022-02-24 03:38:33 UTC
**Body** Corey Bouchea Grant
John David Hartung
Matthew Curtis Anderson
Thomas Allen Martin
Sydney Michelle Sisk

Tyler Joseph Gatten, a.k.a. "Chains"

Meredith Stotsky
Tyler Allen Stotsky
Maria Eugenia Macias
Prentiss Lavale Mullins, a.k.a "P-Money"

Calvin Autae Thompson, a.k.a. "C-Mo"

Zachery Xavier Williams, a.k.a. "Netta"

Kirk Douglas Warren, a.k.a. "Shay"

Ebony Nicole Frank

Matthew Vernon Louden, a.k.a. "MT"
Charles Jason Morse, a.k.a. "Red Beard"
Christian Edward Olsen, a.k.a. "Grave Digger"
Yeshmel James Wright
Frederick Villa
Mark Anthony Jackson, a.k.a. "Chopper"
Jasmine Arnetta Pleasant
Michael Robinson, a.k.a. "Mikey"
Collin Pierson Nicodemus

Courtney Marie Fordy, a.k.a "Trap Queen"
Pablo Zavala
Chancellor Martin Ramsey, a.k.a. "Chance"
Savannah Ashlyn Turcic
Daniel Tomas Reyna
Dillon Harrison Hensell
Joshua Kyle McClurg
Nathan Edward Milberry
Kenneth Robert Shortes

Sarah FISH – Facebook Messages Obtained Via Search Warrant – Detention Hearing 9/19/2022

**Author** Manda Samaniego (Facebook: 100072531255051)
   **Sent** 2022-02-24 03:42:57 UTC
   **Body** That's all the names?

**Author** Sarah Fish (Facebook: 100002904891394)
   **Sent** 2022-02-24 03:43:02 UTC
   **Body** So far

**Author** Manda Samaniego (Facebook: 100072531255051)
   **Sent** 2022-02-24 03:43:18 UTC
   **Body** So like what's happening

**Author** Sarah Fish (Facebook: 100002904891394)
   **Sent** 2022-02-24 03:43:48 UTC
   **Body** The names that are blacked out, havet been arrested yet.

**Author** Sarah Fish (Facebook: 100002904891394)
   **Sent** 2022-02-24 03:44:21 UTC
   **Body** It's a sealed Indictment. Nobody is supposed to see what's is blacked out yet

**Author** Sarah Fish (Facebook: 100002904891394)
   **Sent** 2022-02-24 03:45:03 UTC
   **Body** But I figured out how to get past that. Cuz they scan the images into the system and black the names out on the computer