IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR223 |
| | § | Judge Jordan |
| BRANDON MICHAEL PITTS (38) | § | |

## FACTUAL BASIS

The defendant, **Brandon Michael Pitts**, hereby stipulates and agrees that at all times relevant to the Fourth Superseding Indictment herein, the following facts were true:

1. That the defendant, **Brandon Michael Pitts**, who is changing his plea to guilty, is the same person charged in the Fourth Superseding Indictment.

2. That **Brandon Michael Pitts** and one or more persons in some way or manner made an agreement to commit the crime charged in the **Fourth Superseding Indictment,** to possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

3. That **Brandon Michael Pitts** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4. That **Brandon Michael Pitts** knew that the amount involved during the term of the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the

Factual Basis
Page 1

conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

5.    **Brandon Michael Pitts'** role in the conspiracy was to supply co-conspirators with methamphetamine from various sources which would then be distributed to other co-conspirators during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Fourth Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 8-13-24

BRANDON MICHAEL PITTS
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Fourth Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Fourth Superseding Indictment.

Dated: 8/13/24

ROGER HAYNES
Attorney for the Defendant