**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CASE NUMBER 4:21-CR-300-42** |
| **v.** | § | **SDJ-BD** |
| | § | |
| **MEGAN PETTY** | § | |
| **Defendant** | § | |

## ORDER TO CONTINUE

Came this 8th day of November, 2024, on motion of the defendant, that the above styled and numbered cause be continued.

The Court finds the continuance of this cause on the docket of the Court is in the interests of justice.

**IT IS ORDERED** the Change of Plea hearing is continued from the present setting to Monday, November 18, 2024, at 9:45 a.m.

So ORDERED and SIGNED this 8th day of November, 2024.

_____
Bill Davis
United States Magistrate Judge