UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:21-CR-300-SDJ |
| | § | |
| GRANT, ET AL. | § | |

# **ORDER**

Defendants' Motions for Continuance (Dkt. #1441, #1443, #1451, #1456, #1462, #1484) are granted. The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendants' requests are made knowingly, intelligently, and voluntarily.

2. Only one co-defendant has affirmatively stated their opposition to the motions for continuance. (Dkt. #1465). The Court will address that opposition, which includes a motion to sever, by separate order. The Government and the remaining co-defendants either do not oppose the motions for continuance or have not expressed any opposition.

3. The complex nature of the discovery process and prosecution and the large number of Defendants support the Defendants' continuance motions. Therefore, having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting Defendants' requests outweigh the best interests of the public and the Defendants in a speedy trial.

4. The Court finds that in the interest of justice, this case shall be tried together with all co-defendants. *See* 18 U.S.C. § 3161(h)(6) (excluding "[a] reasonable period of delay when the Defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted".

5. This continuance is required, to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

6. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

The Defendants' Motions for Continuance are **GRANTED**, and this case is **reset** for **Pretrial Conference and Jury Selection and Trial** on **Monday, February 3, 2025, at 9:00 a.m.**

**So ORDERED and SIGNED this 6th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE