UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**TRANSFER ORDER**

The following defendants are hereby TRANSFERRED to the docket of the Honorable Robert W. Schroeder, III:

1. *United States of America v. Gilbert Camacho, 4:21cr283(14);*
2. *United States of America v. Joseph Bradley Green, 4:21cr283(18);*
3. *United States of America v. Dirk Dewayne Bullock, 4:21cr283(21);*
4. *United States of America v. Ebony Nicole Frank, 4:21cr300(14);*
5. *United States of America v. Jasmine Arnetta Pleasant, 4:21cr300(21);*
6. *United States of America v. Rodolfo Lubiano-Vidales, 4:22cr133(1);*
7. *United States of America v. Pedro Abel Sanchez-Lucas, 4:22cr244(1);*
8. *United States of America v. Anitra Nicole Brockett, 4:23cr10(17);*
9. *United States of America v. Christopher Gonzalez, 4:23cr114(2);*
10. *United States of America v. Heath Allen-Joe Aubrey, 4:23cr172(1);*
11. *United States of America v. Ashley Blaine Brooks, 4:23cr223(1);*
12. *United States of America v. Norris Jamal Batson, 4:23cr258(1);*
13. *United States of America v. Kristi Ann Gray, 4:24cr81(1);*
14. *United States of America v. Joseph C. Lutka Jr., 4:24cr139(1);*
15. *United States of America v. Oswaldo Sanchez-Salvador, 4:24cr155(1)*

**So ORDERED and SIGNED this 16th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE