IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 4:21CR300 |
| v. | Judge Johnson |
| CURTIS WESLEY ROGERS (39), | |
| Defendant. | |

### UNITED STATES ATTORNEYS' CONSENT TO TRANSFER PURSUANT TO RULE 20

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, Damien M. Diggs, United States Attorney for the Eastern District of Texas, and Eric Heimann, the United States Attorney for the District of Wyoming, hereby consent and approve the transfer of the charges arising out of the Eastern District of Texas in the above-captioned case, and to the court disposing of the case in the District of Wyoming.

DATED this 6th day of January, 2025.

ERIC HEIMANN
United States Attorney
District of Wyoming

DATED this 6th day of January, 2025.

DAMIEN M. DIGGS
United States Attorney
Eastern District of Texas