IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-300 |
| | § | Judge Jordan |
| JUSTIN LEE CAHILL (40) | § | |
| a.k.a. "Ghost" | § | |

## ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas on behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and Warden/Sheriff of the Dallas County Jail shall produce and have the body of **Justin Lee Cahill** (Dallas County Jail Bookin Number 25000437) who is detained in the custody of the Warden/Sheriff of the Dallas County Jail, Kays Tower, before the United States District Court for the Eastern District of Texas, in Sherman, Texas, instanter, said Defendant to appear for Initial Appearance/Arraignment and for the above-styled cause; and to return **Justin Lee Cahill,** Defendant herein, to the custody of the Warden/Sheriff of the Dallas County Jail, under safe and secure conduct at the conclusion of all of said proceedings hereafter ordered by this Court, and have you then and there this Writ.

So **ORDERED** and **SIGNED** this 8th day of January, 2025.

_____
Bill Davis
United States Magistrate Judge