# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:21cr00300** |
| | § | |
| **CALVIN AUTAE THOMPSON (11)** | § | |

## ORDER

The defendant's request for a status conference, Dkt. 1540, is **GRANTED**. It is **ORDERED** that the hearing is set for Thursday, January 30, 2025, at 10:00 a.m. before Judge Bill Davis in the Plano courthouse.

So ORDERED and SIGNED this 23rd day of January, 2025.

_____
Bill Davis
United States Magistrate Judge