UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § § § | CASE NO. 4:21-CR-00300-RWS |
| MATTHEW VERNON LOUDEN (15), | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND FINDING DEFENDANT GUILTY**

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Fifth Superseding Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Matthew Vernon Louden (15) **GUILTY** of Count One of the Fifth Superseding Indictment, charging a violation of Title 21 U.S.C. § 846 - Conspiracy to Possess with

1

Intent to Manufacture and Distribute Methamphetamine.

**So ORDERED and SIGNED this 1st day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE