# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:21cr00300 |
| | § | |
| CALVIN AUTAE THOMPSON (11) | § | |

## ORDER

The government's unopposed second motion to continue the status conference, Dkt. 1561, is **GRANTED**. It is **ORDERED** that the hearing is reset for Thursday, February 5, 2025, at 10:00 a.m. before Judge Bill Davis in courtroom 108 in the Plano courthouse.

So ORDERED and SIGNED this 3rd day of February, 2025.

_____
Bill Davis
United States Magistrate Judge