| DATE: | April 2, 2025 | CASE NO.: | USA V. |
|---|---|---|---|
| LOCATION: | Texarkana | **4:21-cr-300(27)** | **SAVANNAH ASHLYN TURIC** |
| JUDGE: | **Robert W. Schroeder III** | | |
| DEP CLERK: | Shedera Combs | Counsel for Government: | Counsel for Defendant: |
| REPORTER: | Shelly Holmes | Lauren Richards | Matthew Hamilton |
| USPO: | Natalie Estrada | | |
| INTERPRETER: | n/a | | |

| SENTENCING  HEARING  HELD | BEGIN: 2:33 p.m.  ADJOURN: 2:51 p.m.  TOTAL TIME:  18 minutes |
|---|---|

| **PRESENTENCE REPORT:**<br><br>☑ Adopted in Its Entirety | ☐ Objections and Court Ruling<br><br>☐ PSR CHANGED AS FOLLOWS: | |
|---|---|---|
| **PLEA AGREEMENT:** | ☑ ACCEPTED ☐ REJECTED<br>☑ Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49. | |
| **CRIME VICTIMS:** | ☑ NONE | Victims Addressed the Court: |
| **MOTIONS:**<br><br>☑ None | ☐ Govt's Motion: ☐ GRANTED ☐ DENIED<br>☐ Dft's Motion: ☐ GRANTED ☐ DENIED<br>☐ Other: | |

| ALLOCUTION: | ☑ **Dft DID allocute** | ☐ **Dft DID NOT allocute** |
|---|---|---|

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| 1 | **57 months** | The term of imprisonment imposed by this judgment shall run consecutively to the defendant's imprisonment in any future state sentence for Aggravated Robbery, Docket No. F21-75861, in Criminal District Court No. 6, Dallas County. | | | $100.00 |
| | | The term of imprisonment imposed by this judgment shall run concurrently to the defendant's imprisonment in any future state sentence for Possession of a Controlled Substance, Docket No. F22-22237, in Criminal District Court No. 6, Dallas County. | ☐ Interest Waived | ☐ Interest Waived | |
| | | | | | |

## BOP RECOMMENDATIONS:

| DESIGNATION: | ☑ Substance Abuse Treatment ☑ Mental Health Treatment<br>☐ Sex Offender Treatment ☐ Financial Responsibility<br>☐ Other: ☐ NONE |
|---|---|

## SUPERVISION:

| 5   YEARS<br><br>SUPERVISED RELEASE | ☑ Mandatory and Special Conditions as set forth in Presentence Report<br>☐ No Term of Supervision |
|---|---|
| Other Conditions | |

| ☑ **Dft advised of right to APPEAL & Court Appointed Counsel** | REMAINING COUNTS: ☐ NONE<br>☑ Govt moved to dismiss.  Court granted. |
|---|---|
| **FORFEITURE:** N/A | |

## CUSTODY:

DEFENDANT REMANDED TO UNITED STATES MARSHAL