# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | | |
|---|---|---|---|
| **DATE:** | 4/24/2025 | **CASE NUMBER:** | **4:21cr300(37)** |
| **LOCATION:** | Plano, TX | USA | |
| **JUDGE:** | Sean D. Jordan | **Heather Rattan** | Assigned |
| **DEP.CLERK:** | Bonnie Sanford | V.  **Heather Rattan** | Appeared |
| **REPORTER:** | Gayle Wear | | |
| **USPO:** | Anna Perez | **DANIEL HARBECK DONAGHU** | |
| **INTERP:** | Not Required | Defendant | |
| | | **Cody Skipper** | |
| | | Defense Attorney | |

**Begin**: 1:53 pm     **Adjourn**: 2:23 pm

### SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 120 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Tiffany Donaghu speaks on behalf of the defendant.

The court adopts the facts as set forth in the presentence report.

The court recommends RDAP while incarcerated.
The court recommends mental health treatment while incarcerated.
The court recommends FCI Seagoville, TX.

Govt motion to dismiss remaining counts granted.

Defendant remanded to the U.S. Marshal.

<u>X</u> . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.