# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | | |
|---|---|---|---|
| **DATE:** | 4/24/2025 | **CASE NUMBER:** | 4:21cr300(28) |
| **LOCATION:** | Plano, TX | USA | |
| **JUDGE:** | Sean D. Jordan | **Heather Rattan** | Assigned |
| **DEP.CLERK:** | Bonnie Sanford | V.    **Heather Rattan** | Appeared |
| **REPORTER:** | Gayle Wear | | |
| **USPO:** | Kasey Nichols | **DANIEL TOMAS REYNA** | |
| **INTERP:** | Not Required | Defendant | |
| | | **Starling McCallum** | |
| | | Defense Attorney | |

**Begin**: 2:27 pm    **Adjourn**: 2:47 pm

### SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 60 months | | | | 4 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

The court recommends mental health treatment while incarcerated.
The court recommends drug treatment while incarcerated.
The court recommends FCI Texarkana, TX.

Govt motion to dismiss remaining counts granted.

Defendant remanded to the U.S. Marshal.

X . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.