# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | | |
|---|---|---|---|
| **DATE:** | 4/24/2025 | **CASE NUMBER:** | **4:21cr300(9)** |
| **LOCATION:** | Plano, TX | USA | |
| **JUDGE:** | Sean D. Jordan | | **Heather Rattan**   Assigned |
| **DEP.CLERK:** | Bonnie Sanford | V. | **Heather Rattan**   Appeared |
| **REPORTER:** | Gayle Wear | | |
| **USPO:** | Kasey Nichols | **MARIA EUGENIA MACIAS** | |
| **INTERP:** | Not Required | Defendant | |

**Kevin Ross**
Defense Attorney

**Begin**: 2:50 pm    **Adjourn**: 3:33 pm

### SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 120 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The PSR is corrected to reflect the defendant's birthdate is 2/23/1990.
Govt objections are withdrawn.
The court adopts the other facts as set forth in the presentence report.

Govt exhibits 1, 2 admitted – under seal.

The court recommends mental health treatment while incarcerated.
The court recommends drug treatment while incarcerated.
The court recommends a facility in North Texas.

Govt motion to dismiss remaining counts granted.

Defendant remanded to the U.S. Marshal.

X . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.