IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR300 |
| | § | Judge Jordan |
| SARAH JO FISH (34) | § | |

## ELEMENTS OF THE OFFENSE

The defendant is charged in Count One of the **Information** with a violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Manufacture and Distribute Heroin and Methamphetamine. The essential elements which must be proven to establish the offense are as follows:

<u>First</u>: That the defendant and one or more persons, directly or indirectly, reached an agreement to commit the crime charged in the **Information**, that is, to possess with the intent to manufacture and distribute heroin and methamphetamine;

<u>Second</u>: That the defendant knew of the unlawful purpose of the agreement;

<u>Third</u>: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

<u>Fourth</u>: That the overall scope of the conspiracy involved 400 grams or more of a mixture containing a detectable amount of heroin, 50 grams or more of a mixture or substance containing a detectable amount of

|  |  |
|---|---|
| | methamphetamine or 5 grams or more of methamphetamine (actual); and |
| Fifth: | That the defendant knew or reasonably should have known that the scope of the conspiracy involved 400 grams or more of a mixture containing a detectable amount of heroin, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual). |

Respectfully submitted,

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY


/s/_____
HEATHER RATTAN
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 28, 2025.

/s/_____
HEATHER RATTAN
Assistant United States Attorney